UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

04 12505 REK

CIVIL ACTION NO. _____

| | |
|---|---|
| TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA, as subrogee of TRANSCORE HOLDING, INC., <br><br> Plaintiff <br><br> v. <br><br> MANPOWER, INC., <br><br> Defendant | JURY TRIAL DEMANDED |

## PLAINTIFF'S CORPORATE DISCLOSURE STATEMENT
## (LOCAL RULE 7.3)

The Plaintiff, Travelers Property Casualty Company of America states that:

Travelers Property Casualty Company of America (formerly known as The Travelers Indemnity Company of Illinois; name change effective 01/01/04) is an indirect wholly-owned subsidiary of the St. Paul Travelers Companies, Inc., a publicly traded company.

Plaintiff, Travelers Property Casualty Company of America, as subrogee of Transcore Holding, Inc.,
By its attorney,

/s/ Steven B. Stein
Steven B. Stein
BBO No.: 478290
Law Offices of Thomas M. Niarchos
100 Summer Street, Suite 201
Boston, MA 02110
(617) 772-2800