UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-12505-REK

| | |
|---|---|
| TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA, as subrogee of TRANSCORE HOLDING, INC., | ) ) ) ) |
| Plaintiff | ) ) |
| v. | ) ) |
| MANPOWER, INC., | ) ) |
| Defendant | ) ) ) |

## JOINT STATEMENT FOR RULE 16 CONFERENCE

Plaintiff, Travelers Property Casualty Company of America, as subrogee of Transcore Holding, Inc., by and through its attorney, and Defendant Manpower, Inc, by and through its attorney, conferred on this matter on December 14, 2005.  The parties agree that agenda items for the scheduling conference should include the following:

1)      Whether this case should be consolidated with Great Northern Insurance Company v. Massachusetts Turnpike Authority, et al., No. 02-12126-REK, which is currently scheduled for pretrial on January 18, 2005, with trial scheduled for January 23, 2005. If the cases are to be consolidated, the issue is whether that trial date can be continued by approximately two months to allow plaintiff's counsel the opportunity to review depositions from that case and to allow both parties to conduct limited discovery on plaintiff's claims.

2)      Assuming that the case is consolidated with <u>Great Northern</u>, whether the discovery

schedule set forth below is acceptable to the Court.

3)      Whether any dispositive motions should be heard before trial of this action.

4)      Whether alternative dispute resolution of all claims in the <u>Great Northern</u> case as well

as this case would dispose of all claims.

5)      If the cases are consolidated, whether all parties in the <u>Great Northern</u> case agree to

the postponement of the trial date.

With regard to the consolidation issue, counsel for plaintiff spoke to plaintiff's counsel

James Cullen in the <u>Great Northern</u> case.  She discussed the scheduling issues with him, and

he indicated he would not oppose consolidation if this Court were to change the trial date

within the next two weeks.  He asked that any change in the trial date be communicated to

him sooner rather than later, to avoid unnecessary and duplicative trial preparation.

<u>Proposed Pretrial Schedule</u>

1)  Fact Discovery (consisting of the disclosure of depositions and documents from the <u>Great</u>

<u>Northern</u> case, and limited additional discovery **between these two parties** on matters

not previously covered) to be completed by March 15, 2005.

2)  At this time, the parties do not anticipate filing any dispositive motions.

3)  The final pretrial conference on this matter to occur on any date after March 22, 2005,

and the trial to go forward on any date on or after March 27, 2005.

4)  Given that the <u>Great Northern</u> case will be tried by this Court, the parties do not consent

to trial by magistrate judge.

Settlement

Defendant is not prepared to settle this case unless settlement includes claims in the <u>Great</u>

<u>Northern</u> case.

Certification of Conference with Clients

Counsel for both parties have discussed the costs of litigation with their clients, and have

agreed that consolidation of these claims with the <u>Great Northern</u> case makes sense.  As

noted above, resolution of this case through the use of an alternative dispute resolution has

not been agreed to at this time, but the parties might be prepared to engage in a global

mediation with all parties from the <u>Great Northern</u> case.


 Respectfully submitted,



Plaintiff,                                          Defendant,

By its attorney,                                    By its attorney,



 _/S/ Steven B. Stein_____          /S/_ Michael J. Grace_____
Steven B. Stein                             Michael J. Grace
BBO No. 478290                              BBO No. 205875
Sally A. VanderWeele                        Adler Pollock & Sheehan
BBO No.:  541950                            175 Federal Street
Law Offices of Thomas M. Niarchos           Boston, MA 02110
100 Summer Street, Suite 201                (617) 482-0600
Boston, MA  02110
(617) 772-2800


Dated: December 15, 2005