UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-12505-REK

| | |
|---|---|
| TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA, as subrogee of TRANSCORE HOLDING, INC., <br><br> Plaintiff <br><br> v. <br><br> MANPOWER, INC., <br><br> Defendant | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

Dec. 15, 2005

## NOTICE OF APPEARANCE

Please enter my appearance as counsel for Plaintiff, Travelers Property Casualty Company of America, as subrogee of Transcore Holding, Inc.

Sally A. VanderWeele
BBO No.: 541950
Law Offices of Thomas M. Niarchos
100 Summer Street, Suite 201
Boston, MA 02110
(617) 772-2800

December 15, 2005