UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-12505-REK

TRAVELERS PROPERTY CASUALTY
COMPANY OF AMERICA, as subrogee of
TRANSCORE HOLDING, INC.,

    Plaintiff

v.

MANPOWER, INC.,

    Defendant

2/2/2006
X. Faulhaber

### Rule 16 Certificate of Conference

I, Theresa E. Gay, the authorized representative of Travelers Property Casualty Company of America, hereby certify that I have conferred with counsel 1) with a view to establishing a budget for the costs of conducting the full course – and various alternative courses – of this litigation; and 2) to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

Theresa E. Gay
The St Paul Travelers Companies, Inc
44 Bedford Street
Middleboro MA 02346

Dated: December 15, 2005

Sally A. VanderWeele
BBO No. 541950
Law Offices of Thomas M. Niarchos
100 Summer Street
Boston, MA 02110
(617) 772-2800
**Counsel for Travelers Insurance Company of America**