UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

                                                  CIVIL ACTION NOS. 02-12126 REK and
                                                                                   04-12505 REK

|   |   |
|---|---|
| TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA, as subrogee of TRANSCORE HOLDING, INC., | ) ) ) ) |
| Plaintiff | ) |
| v. | ) |
| MANPOWER, INC., | ) |
| Defendant | ) |

**PLAINTIFF'S MOTION TO EXTEND DISCOVERY AND CONTINUE TRIAL DATE**

       The Plaintiff, Travelers Property Casualty Company of America ("Travelers"), respectfully requests this Court to extend the discovery deadline for this case by six months, and to continue the trial, now scheduled to take place on May 8, 2006. As grounds for this motion, Travelers states that this case was consolidated with <u>Great Northern Insurance Co. v. Paino Associates, et al</u>, Civil Action No. 02-12126 REK in December, 2005. However, all claims from the earlier-filed case of <u>Great Northern Insurance Co. v. Paino, et al</u>, Civil Action No. 02-12126 REK case were resolved at the mediation held on April 6, 2006. Although both Travelers and Manpower participated in that mediation, they were unable to resolve their claims.

       As explained in the supporting memorandum, Travelers now seeks additional time to take limited discovery, and to continue its review of the voluminous number of prior depositions and written discovery from the <u>Great Northern</u> case, before going to trial on its claims. Travelers had

agreed to the May 8, 2006 trial date as a compromise, as the <u>Great Northern</u> plaintiffs were unwilling to further delay their day in court. However, as those claims have now been resolved, there is no reason for the abbreviated discovery and trial schedule. Travelers will be severely prejudiced if this motion is denied, as Manpower had two years to conduct discovery on this issue, during which time period Travelers was unable to participate.

Accordingly, Travelers respectfully requests that this Court extend the discovery schedule by six months, and move the trial date from May 8, 2006 to a date after October 15, 2006.

**CERTIFICATE OF CONFERENCE PURSUANT TO LOCAL RULE 7.1**

Pursuant to Local Rule 7.1, I discussed this motion with counsel for Manpower, Inc. on two occasions. On both occasions, he indicated that I should file my motion, and that he did not know if his client would assent to it, oppose it, or file no opposition. We agreed that we would be available for a hearing on this matter (if a hearing is required) on the previously scheduled pretrial conference date of May 4, 2006.

Dated: April 20, 2006
Respectfully submitted,

Plaintiff, Travelers Property Casualty Company of America, as subrogee of Transcore Holding, Inc.,
By its attorney,

/s/ Sally A. VanderWeele
Sally A. VanderWeele
BBO No.: 541950
Law Offices of Thomas M. Niarchos
100 Summer Street, Suite 201
Boston, MA 02110
(617) 772-2800

Certificate of Service

I hereby certify that I served a copy of this motion by electronic mail, and by regular mail, on counsel for Manpower, Inc. on April 20, 2006.

/s/ Sally A. VanderWeele
Sally A. VanderWeele