UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.:  04-12505-REK

|  |  |
|---|---|
| TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA, as subrogee of TRANSCORE HOLDING, INC.,<br><br>     Plaintiff,<br><br>v.<br><br>MANPOWER, INC.,<br><br>     Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) |

## NOTICE OF APPEARANCE

**TO THE CLERK OF THE ABOVE-NAMED COURT:**

Please enter the appearance of Edward F. Whitesell, Jr. of Adler Pollock & Sheehan PC

as attorney of record for Defendant, Manpower, Inc., in the above-captioned action.

> **DEFENDANT,**
> **MANPOWER, INC.**
> By its Attorneys,
>
>
> /s/ Edward F. Whitesell, Jr.
> Edward F. Whitesell, Jr. (BBO #644331)
> **ADLER POLLOCK & SHEEHAN P.C.**
> 175 Federal Street
> Boston, MA 02110
> (617) 482-0600
> Fax: (617) 482-0604

Dated: August 28, 2006