UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA, as subrogee of TRANSCORE HOLDING, INC.,<br><br>    Plaintiff,<br><br>v.<br><br>MANPOWER, INC.,<br><br>    Defendant. | CIVIL ACTION NO.: 04-12505-WGY |

**JOINT MOTION TO CONTINUE**
**ALTERNATIVE DISPUTE RESOLUTION CONFERENCE**

    Both parties respectfully move that the ADR Conference, currently scheduled November 20, 2006 at 9:30 a.m., to be continued. In support of their motion, the parties state that they previously participated in a day-long private mediation and that further mediation at this time would not be productive or cost-effective. The parties will contact the Court to reschedule if their positions change.

| PLAINTIFF | DEFENDANT |
| --- | --- |
| TRAVELERS PROPERTY CASUALTY | MANPOWER, INC. |
| COMPANY OF AMERICA | By its attorneys, |
| By its attorneys, | |

|   |   |
| --- | --- |
|    s/Sally A. VanderWeele            |    s/Michael J. Grace              |
| Steven B. Stein, BBO #478290 | Michael J. Grace, BBO# 205875 |
| Sally A. VanderWeele, BBO #541950 | Edward F. Whitesell, Jr., BBO #644331 |
| **LAW OFFICES OF THOMAS M. NIARCHOS** | **ADLER POLLOCK & SHEEHAN P.C.** |
| 100 Summer Street, Suite 201 | 175 Federal Street |
| Boston, MA  02110 | Boston, MA  02110 |
| (617) 772-2800 Telephone | (617) 482-0600 Telephone |
| (617) 772-2828 Facsimile | (617) 482-0604 Facsimile |

Dated:  November 16, 2006
*399795_1*