# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| **TRAVELERS PROPERTY CASUALTY CO.** | Civil Action No: 04-12505-WGY |
| Plaintiff | |
| v. | |
| **MANPOWER, INC.** | |
| Defendant | |

## SETTLEMENT ORDER OF DISMISSAL

**YOUNG, D.J.**

      The Court having been advised on JAN. 16, 2007 that the above-entitled action has been settled:

      IT IS ORDERED that this action is hereby dismissed without cost and without prejudice to the right of any party, upon good cause shown, to reopen the action within thirty (30) days if settlement is not consummated.

By the Court,

/s/ Elizabeth Smith

**Deputy Clerk**

**January 16, 2007**

**To: All Counsel**