UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.04-12505-WGY

|  |  |
|---|---|
| TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA, as subrogee of TRANSCORE HOLDING, INC., | ) ) ) ) |
| Plaintiff | ) ) |
| v. | ) ) |
| MANPOWER, INC., | ) ) |
| Defendant | ) ) |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(ii), Plaintiff, Travelers Property Casualty Company of America ("Travelers") and defendant, Manpower, Inc. ("Manpower") stipulate to the dismissal of all claims with prejudice and without costs.

| Plaintiff, Travelers Property Casualty Company of America, as subrogee of Transcore Holding, Inc., By its attorney, | Manpower, Inc.<br><br>By its attorneys, |
|---|---|
| /s/ Sally A. VanderWeele<br>Sally A. VanderWeele<br>BBO No.: 541950<br>Law Offices of Thomas M. Niarchos<br>Suite 201<br>100 Summer Street<br>Boston, MA  02110<br>(617) 772-2800 | /s/ Michael J. Grace<br>Michael J. Grace<br>BBO No.: 205875<br>Edward Whitesell<br>BBO No.: 644331<br>Adler Pollock & Sheehan<br>175 Federal Street<br>Boston, MA 02110<br>(617) 482-0600 |

### Certificate of Service

I hereby certify that I served a copy of this Stipulation by electronic mail, and by regular mail, on counsel for Manpower, Inc. on February 28, 2007.

/s/Sally A. VanderWeele
Sally A. VanderWeele